**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-6400

MICHAEL ANTHONY BREYAN,

Plaintiff - Appellant,

v.

HENRY MCMASTER, Governor,

Defendant - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Charleston.  Bruce H. Hendricks, District Judge.  (2:24-cv-00565-BHH)

Submitted:  July 25, 2024                    Decided:  July 30, 2024

Before GREGORY, HARRIS, and QUATTLEBAUM, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Michael Breyan, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Anthony Breyan appeals the district court's order accepting the magistrate judge's recommendation and dismissing Breyan's 42 U.S.C. § 1983 complaint as frivolous and for failure to state a claim.  We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Breyan v. McMaster*, No. 2:24-cv-00565-BHH (D.S.C. Apr. 10, 2024).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*